IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Quantis Pinckney, | C/A No.: 1:13-388-DCN-SVH |
| Plaintiff, | |
| vs. | REPORT AND RECOMMENDATION |
| Tameka Williams, Nurse of Lieber Correctional Institution, | |
| Defendant. | |

Plaintiff Quantis Pinckney, proceeding pro se and in forma pauperis, has alleged Nurse Tameka Williams of Lieber Correctional Institution ("Defendant") violated his constitutional rights. In an order filed in this case on March 27, 2013, service of process upon Defendant was authorized. On April 23, 2013, the service documents for Defendant were returned unexecuted. [Entry #16]. In the "Remarks" section of the USM-285, the Marshals Service indicated that the South Carolina Department of Corrections has no record of Defendant and it was unable to locate Defendant with the information provided. *Id.*

On April 24, 2013, the undersigned entered an order directing Plaintiff to complete, sign, and return by May 8, 2013, a Form USM-285 for Defendant. Plaintiff was warned that he must provide, and is responsible for, information sufficient on the Form USM-285 to identify Defendant. Plaintiff was specifically advised that the undersigned would recommend this case be dismissed for failure to effect service of process if Plaintiff was unable to provide information sufficient to identify Defendant

further or to provide an address where she may be served. Notwithstanding the specific warning, Plaintiff has filed no response or proposed service documents. As such, it appears to the court that he wishes to abandon this action. Based on the foregoing, the undersigned recommends this action be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO RECOMMENDED.

*[signature: Shiva V. Hodges]*

May 15, 2013  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge